```
LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $6,085.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $32,053.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $555.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,900.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $35,261.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY TWO CASES OF SMOKELESS TOBACCO,<br><br>       Defendants. | 2:09-CV-00151-MCE-GGH<br><br>APPLICATION AND ORDER FOR PUBLICATION |

     The United States of America, Plaintiff herein, applies for an order of publication as follows:

     1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter

1

1  "Supplemental Rules") provides that the Plaintiff shall cause
2  public notice of the action and arrest to be given in a newspaper
3  of general circulation or on the official internet government
4  forfeiture site;
5      2.   Local Rule 83-171, Eastern District of California,
6  provides that the Court shall designate by order the appropriate
7  newspaper or other vehicle for publication;
8      3.   The defendants Approximately $6,085.00 in U.S. Currency;
9  Approximately $555.00 in U.S. Currency; and Approximately $3,900.00
10 in U.S. Currency were seized in the city of Burbank, in Los Angeles
11 County, California.  The defendants Approximately $32,053.00 in
12 U.S. Currency and Approximately $35,261.00 in U.S. Currency were
13 seized in the city of North Hollywood, in Los Angeles County,
14 California.  The defendant Approximately Two Cases of Smokeless
15 Tobacco were seized in the city of Sun Valley, in Los Angeles
16 County, California.
17     4.   Plaintiff proposes that publication be made as follows:
18          a.   One publication;
19          b.   Thirty (30) consecutive days;
20          c.   On the official internet government forfeiture
21 site www.forfeiture.gov;
22          d.   The publication is to include the following:
23               (1)  The Court and case number of the action;
24               (2)  The date of the arrest/seizure;
25               (3)  The identity and/or description of the property
26 arrested/seized;
27               (4)  The name and address of the attorney for the
28 Plaintiff;

        (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Jan. 15, 2009　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　/s/ Kristin S. Door
　　　　　　　　　　　　　　　KRISTIN S. DOOR
　　　　　　　　　　　　　　　Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: January 28, 2009

　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE