```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-cv-00151 JAM-GGH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO STAY** |
| v. | ) | **FURTHER PROCEEDINGS AND** |
| | ) | **ORDER** |
| APPROXIMATELY $6,085.00 IN U.S. CURRENCY, et al., | ) | |
| | ) | DATE:    N/A |
| Defendants. | ) | TIME:    N/A |
| | ) | COURTROOM: N/A |

Plaintiff United States of America, and Claimants Adib Sirope and Rimoun Mansour (hereafter collectively "Claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying further proceedings for an additional six months pending the outcome of a related criminal investigation against claimants. The stay currently in effect expires February 1, 2010.

1.   Claimants filed a claim to the defendant property on February 17, 2009, and filed an Answer to the complaint on March 9, 2009.

2.   The stay is requested pursuant to 18 U.S.C. §§

1

1  981(g)(1) and 981(g)(2).  The plaintiff contends that claimants
2  and others conspired to defraud the California Board of
3  Equalization out of excise taxes due on the sale of tobacco
4  products in California.  The plaintiff alleges that the U.S. mail
5  and interstate communications systems were used to perpetrate the
6  fraud.  Claimants deny these allegations.

7       3.   To date claimants, the owners of the property, have not
8  been charged with any criminal offense by state, local, or
9  federal authorities, and the statute of limitations has not
10 expired on potential criminal charges relating to the fraud
11 scheme.  Nevertheless, the plaintiff intends to depose claimants
12 regarding their claim to the defendant property, their operation
13 of Pay-Less Wholesale Tobacco, and their business dealings with
14 others in the tobacco industry.  If discovery proceeds at this
15 time, claimants  will be placed in the difficult position of
16 either invoking their Fifth Amendment rights against self-
17 incrimination and losing the ability to pursue their claim to the
18 defendant property, or waiving their Fifth Amendment right and
19 submitting to a deposition and potentially incriminating
20 themselves.  If either person invokes his Fifth Amendment right,
21 the plaintiff will be deprived of the ability to explore the
22 factual basis for the claims they filed with this court.

23      4.   In addition, claimants intend to depose the law
24 enforcement agents involved in this investigation.  Allowing
25 depositions of the law enforcement officers at this time would
26 adversely affect the ability of federal authorities to
27 investigate the underlying criminal conduct.

28      5.   The parties recognize that proceeding with this action

2

1  at this time has potential adverse affects on the investigation
2  of the underlying criminal conduct and/or upon claimants' ability
3  to prove their claim to the property and assert any defenses to
4  forfeiture.  For these reasons, the parties jointly request that
5  this matter be stayed for an additional six months.  At that time
6  the parties will advise the court of the status of the criminal
7  investigation, if any, and will advise the court whether a
8  further stay is necessary.

Dated:                              BENJAMIN B. WAGNER
                                    United States Attorney

                            By      /s/ Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff
                                    United States of America

Dated: January 28, 2010             GERAGOS & GERAGOS

                            By      /s Mark J. Geragos
                                    MARK J. GERAGOS
                                    Attorneys for claimants
                                    Adib Sirope and Rimoun Mansour


                                    (Original signatures retained by
                                    Plaintiff's counsel)
//
//

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for an additional six months. On or before August 1, 2010, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 01/29/2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE