```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ KRISTIN S. DOOR, SBN 84307
   │ Assistant United States Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, CA 95814
 4 │ Telephone: (916)554-2723
 5 │ Attorneys for Plaintiff
   │ United States of America
 6
 7
 8 │           IN THE UNITED STATES DISTRICT COURT
 9 │           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 │ UNITED STATES OF AMERICA,       )   2:09-cv-00151 JAM-GGH
   │                                 )
12 │         Plaintiff,              )
   │                                 )   STIPULATION TO STAY
13 │     v.                          )   FURTHER PROCEEDINGS AND
   │                                 )   ORDER
14 │ APPROXIMATELY $6,085.00 IN U.S. )
   │ CURRENCY, et al.,               )
15 │                                 )   DATE:    N/A
   │         Defendants.             )   TIME:    N/A
16 │ _____)   COURTROOM:N/A
```

17    Plaintiff United States of America, and Claimants Adib
18 Sirope and Rimoun Mansour (hereafter collectively "Claimants"),
19 by and through their respective counsel, hereby stipulate that a
20 stay is necessary in the above-entitled action, and request that
21 the Court enter an order staying further proceedings for an
22 additional six months pending the outcome of a related criminal
23 investigation against claimants.  The stay currently in effect
24 expires August 1, 2010.
25    1.   Claimants filed a claim to the defendant property on
26 February 17, 2009, and filed an Answer to the complaint on March
27 9, 2009.
28    2.   The stay is requested pursuant to 18 U.S.C. §§

981(g)(1) and 981(g)(2).  The plaintiff contends that claimants and others conspired to defraud the California Board of Equalization out of excise taxes due on the sale of tobacco products in California.  The plaintiff alleges that the U.S. mail and interstate communications systems were used to perpetrate the fraud.  Claimants deny these allegations.

    3.    To date claimants, the owners of the property, have not been charged with any criminal offense by state, local, or federal authorities, and the statute of limitations has not expired on potential criminal charges relating to the fraud scheme.  Nevertheless, the plaintiff intends to depose claimants regarding their claim to the defendant property, their operation of Pay-Less Wholesale Tobacco, and their business dealings with others in the tobacco industry.  If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claim to the defendant property, or waiving their Fifth Amendment right and submitting to a deposition and potentially incriminating themselves.  If either person invokes his Fifth Amendment right, the plaintiff will be deprived of the ability to explore the factual basis for the claims they filed with this court.

    4.    In addition, claimants intend to depose the law enforcement agents involved in this investigation.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of federal authorities to investigate the underlying criminal conduct.

    5.    The parties recognize that proceeding with this action

1 at this time has potential adverse affects on the investigation
2 of the underlying criminal conduct and/or upon claimants' ability
3 to prove their claim to the property and assert any defenses to
4 forfeiture.  For these reasons, the parties jointly request that
5 this matter be stayed for an additional six months.  At that time
6 the parties will advise the court of the status of the criminal
7 investigation, if any, and will advise the court whether a
8 further stay is necessary.

9 Dated: July 29, 2010            BENJAMIN B. WAGNER
                                  United States Attorney
10

11                          By    /s/ Kristin S. Door
                                  KRISTIN S. DOOR
12                                Assistant U.S. Attorney
                                  Attorneys for Plaintiff
13                                United States of America

14

15 Dated: July 29, 2010            GERAGOS & GERAGOS

16
                            By    /s/ Mark J. Geragos
17                                MARK J. GERAGOS
                                  (As authorized on 7/29/10)
18                                Attorneys for claimants
                                  Adib Sirope and Rimoun Mansour
19

20                              **ORDER**

21    For the reasons set forth above, this matter is stayed
22 pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for an
23 additional six months.  On or before March 1, 2011, the parties
24 will advise the court whether a further stay is necessary.
25 IT IS SO ORDERED.
26 Dated: July 29, 2010
                                  /s/ John A. Mendez
27                                JOHN A. MENDEZ
                                  UNITED STATES DISTRICT JUDGE
28