IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $6,085.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $32,053 IN U.S. CURRENCY,<br><br>APPROXIMATELY $555.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,900.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $35,261.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY TWO CASES OF SMOKELESS TOBACCO,<br><br>        Defendants. | Case No.: 2:09-CV-00151-JAM-CKD<br><br>**ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT** |

1   Based on the parties' Stipulation to Continue Filing Deadline for Joint
2   Status Report, and for good cause shown,
3   IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint
4   status report shall be continued for 60 days.  The new filing deadline for the parties'
5   joint status report shall be May 17, 2013.

**IT IS SO ORDERED**

Dated: 3/14/2013

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge