1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CV-00151-JAM-CKD |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT** |
| APPROXIMATELY $6,085.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $32,053 IN U.S. CURRENCY, | |
| APPROXIMATELY $555.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $3,900.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $35,261.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY TWO CASES OF SMOKELESS TOBACCO, | |
| Defendants. | |

1     Based on the parties' Stipulation to Continue Filing Deadline for Joint
2 Status Report, and for good cause shown,
3     IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint
4 status report shall be continued for 60 days. The new filing deadline for the parties'
5 joint status report shall be November 22, 2013.

6
7
8
9 **IT IS SO ORDERED**
10
11 Dated: 9/20/2013

    /s/ John A. Mendez
    Hon. John A. Mendez
12     United States District Court Judge