# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> APPROXIMATELY $6,085.00 IN U.S. CURRENCY, <br><br> APPROXIMATELY $32,053 IN U.S. CURRENCY, <br><br> APPROXIMATELY $555.00 IN U.S. CURRENCY, <br><br> APPROXIMATELY $3,900.00 IN U.S. CURRENCY, <br><br> APPROXIMATELY $35,261.00 IN U.S. CURRENCY, and <br><br> APPROXIMATELY TWO CASES OF SMOKELESS TOBACCO, <br><br> Defendants. | Case No.: 2:09-CV-00151-JAM-CKD <br><br> **ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT** |

Based on the parties' Stipulation to Continue Filing Deadline for Joint Status Report, and for good cause shown,

IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint status report shall be continued for 60 days. The new filing deadline for the parties' joint status report shall be January 17, 2014.

IT IS SO ORDERED:

DATED:  11/25/13

/s/ John A. Mendez
United States District Court Judge